Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-07-00681-CR

Lawrence **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2003-CR-1569
Honorable Philip A. Kazen, Jr., Judge Presiding

Opinion by:  Rebecca Simmons, Justice

Sitting:  Karen Angelini, Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed:  December 31, 2008

DISPOSITION

AFFIRMED

On July 28, 2003, Appellant Lawrence Garza entered into a plea agreement on the enhanced state jail felony of theft. The trial court elected not to follow the State's recommendation and assessed punishment at five years confinement in the Institutional Division of the Texas Department of Criminal Justice and suspended and probated the sentence for a

period of five years. Because he did not follow the plea agreement, Garza was given the option to withdraw his plea. He chose not to do so and instead to accept the punishment assessed by the trial court. On September 11, 2007, Appellant Lawrence Garza entered a plea of true to the State's motion to revoke his community supervision. The trial court assessed punishment at four years confinement in accordance with the State's recommendation.

Garza's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967). Counsel concludes that the appeal has no merit. Counsel provided Garza with a copy of the brief and informed him of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Jimenez did not file a pro se brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005) (noting court of appeals should not address merits of issues raised in *Anders* brief or pro se response but should only determine if the appeal is frivolous). The judgment of the trial court is affirmed. Appellate counsel's motion to withdraw is granted. *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1.

Rebecca Simmons, Justice

Do not publish